UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CATHERINE OWENS,

                Plaintiff,                17 **CIVIL** 519 (SHS)

       -against-                  **JUDGMENT**

THE CITY OF NEW YORK
DEPARTMENT OF EDUCATION and
NADA V ZEIMER,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 30, 2021, the Court grants summary judgment in favor of defendants on all claims.

**Dated:** New York, New York
         October 20, 2021

                                                    **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                           **BY:**

                                                  **Deputy Clerk**